KATHERINE HART #76715
Attorney at Law
2055 San Joaquin
Fresno, Ca. 93721
Telephone: (559) 256-9800
Facsimile:  (559) 256-9798

Attorney for Defendant
SKYE HINOJOS

# IN THE UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CV-F-06-00269 OWW |
| Plaintiff, ) | STIPULATION TO RESET DATE FOR SENTENCING |
| v. ) | Requested Date: 6/25/07<br>Time: 1:30 p.m.<br>Dept: OWW |
| SKYE HINOJOS, et al. ) | Date Previously set: 7/23/07 at 1:30 p.m. |
| Defendant. ) | |

IT is hereby stipulated between counsel for the government and counsel for Defendant SKYE HINOJOS that the sentencing date previously set for July 23, 2007 at 1:30 p.m. be rescheduled to June 25, 2007 at 1:30 p.m. as counsel for HINOJOS has no objections to the presentence investigation report and both counsel are available on June 22, 2007.

DATED: June 18, 2007        /s/ Katherine Hart
                            KATHERINE HART, Attorney for HINOJOS


DATED: June 18, 2007        /s/ Kimberly Sanchez
                            ASSISTANT UNITED STATES ATTORNEY

# ORDER

Based on the stipulation between counsel, it is hereby ordered that the sentencing date in the case of United States v. Skye Hinojos be rescheduled from July 23, 2007 at 1:30 p.m. to June 25, 2007 at 1:30 p.m.

IT IS SO ORDERED.

**Dated:   June 19, 2007**                          **/s/ Oliver W. Wanger**
                                        UNITED STATES DISTRICT JUDGE